No. 775. BRATTON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Walter P. Armstrong, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *A. F. Prescott* for respondent.

No. 790. MARCELLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 818. COLD METAL PROCESS CO. ET AL. *v.* E. W. BLISS CO. ET AL. C. A. 6th Cir. Certiorari denied. *William H. Webb* and *Howard F. Burns* for petitioners. *Charles H. Walker* and *Henry J. Zafian* for respondents.

No. 828. UPTON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Everett S. Layman* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Carolyn R. Just* for respondent.

No. 830. DOOLEY BROS., INC., *v.* MITCHELL, SECRETARY OF LABOR. C. A. 1st Cir. Certiorari denied. *Reuben Goodman* and *Joseph Fisher* for petitioner. *Solicitor General Cox, Bessie Margolin* and *Beate Bloch* for respondent.

No. 836. BENNETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Daniel Y. Garbern* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.